# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **SEARCH WARRANTS** | ) | **No. MJ-25-532-STE** |
| | ) | **No. MJ-25-471-ALM** |
| | ) | **No. MJ-25-472-ALM** |

## ORDER

The United States has moved to unseal the search warrant applications, supporting affidavits, and search warrants in the matters identified in the caption. For the reasons given in the application, the Court finds that the request should be granted.

IT IS THEREFORE ORDERED that the filings in Case No. MJ-25-532-STE; MJ-471-ALM; and MJ-25-472-ALM shall be unsealed and made part of the public record of this Court.

*Shon T. Erwin*

Shon T. Erwin
United States Magistrate Judge